M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:  (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:      rfinch@messner.com
             cmeyer@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES A. GROWS,<br><br>            Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; BLACK COMPANY; WHITE COMPANY; ABC CORPORATIONS I through V; JOHN DOE, I through JOHN DOE, V, inclusive,<br><br>            Defendants. | Case No.:   3:24-cv-00287-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff JAMES A. GROWS, individually and by and through his counsel of record, MARK A. MARSH, ESQ., that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 3:24-cv-00287-MMD-CLB, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this <u>31st</u> day of October, 2024.

**MESSNER REEVES, LLP**

 <u>/s/ Renee M. Finch</u>
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this <u>  31st  </u> day of October, 2024.

**MARK A. MARSH, ESQ.**

 <u>/s/ Mark A. Marsh</u>
Mark A. Marsh, Esq.
Nevada Bar No. 3764
755 No. Roop St. Ste. 110
Carson City, NV 89701
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: November 13, 2024